IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERTO TORRES,                    )
                                   )
                Petitioner,        )
v.                                 )
                                   )
WARDEN UNDERWOOD,                  )
                                   )
                Respondent.        )    Civil Action No. 3:18-CV-3090-C-BN

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge advising that Petitioner Roberto Torres's Petition for Relief pursuant to

28 U.S.C. § 2241 should be dismissed for lack of jurisdiction.  Petitioner has failed to file any

objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court.  For the reasons stated

therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE**

for lack of jurisdiction.

SO ORDERED this _28_ day of December, 2018.


_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE